**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

RENEE SNODGRASS,

        Plaintiff,

v.                                    Case No: 6:14-cv-196-Orl-40DAB

WORLD RECOVERY SERVICE, LLC
and UNITED CREDIT RECOVERY,
LLC,

        Defendants.
_____/

**ORDER**

      This cause came on for consideration following review of the Joint Stipulation of Voluntary Dismissal without Prejudice, in which the parties stipulate to the dismissal of the above-captioned action in its entirety without prejudice. (Doc. 51). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1279 (11th Cir. 2012). Accordingly, the Clerk of Court is **DIRECTED** to close the case.

      **DONE AND ORDERED** in Orlando, Florida on February 20, 2015.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties